UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                )
                                      )
Andrew D. & Amy P. Wilkinson          )     CASE No. 04-40936
                                      )
        Debtor                        )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Maples Mobile Home Park, 2450 ES Hwy 52, West Lafayette, IN 47906-5321 and Robert L. Bauman, P.O. Box 1608, Lafayette, IN 47902-1608

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $515.81 into the Registry Account with the U.S. Bankruptcy Court. On various dates commencing on January 7, 2005 and continuing through May 22, 2007 the creditor failed to cash checks issued to it. The checks were sent to Robert L. Bauman, P.O. Box 1608, Lafayette, IN 47902-1608. The checks were not returned to the Trustee nor were the checks presented for payment. The trustee placed a stale check void on the checks and the Trustee has deposited the funds into the Registry Account.

    To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

    Dated this 20th day of November, 2009.


                            /s/ David A. Rosenthal
                            David A. Rosenthal
                            Chapter 13 Trustee
                            P.O. Box 505
                            Lafayette, IN 47902
                            (765) 742-8248